UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re StubHub World Cup Ticket Marketing & Sales Litigation.

26-CV-05569 (VSB) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On August 24, 2026, Plaintiffs timely filed a consolidated class action complaint, which was rejected due to a filing error. (*See* ECF 16.) On September 1, 2026, this Court granted leave for Plaintiffs to refile the consolidated class action complaint by September 4, 2026. (ECF 18.) On September 3, 2026, Plaintiffs refiled a consolidated class action complaint, which was denied again due to a filing error. (*See* ECF 19.) On September 14, 2026, Plaintiffs refiled the consolidated class action complaint. (ECF 20.)

Accordingly, I am nunc pro tunc extending the deadline for Defendant to file its response to the consolidated class action complaint until **October 5, 2026**.

DATED: September 15, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge