UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE STUBHUB WORLD CUP TICKET MARKETING & SALES LITIGATION<br><br>*This Document Relates To: All Actions* | Case No. 1:26-cv-05569 (VSB) (RFT) |

**STIPULATION AND [PROPOSED] ORDER REGARDING THE PARTIES' BRIEFING SCHEDULE AND DEFENDANT'S OVERLONG AFFIDAVIT**

WHEREAS, on June 30, 2026, Plaintiffs Julie Reeker Moghal and Reuben Renteria filed a putative class action complaint against Defendant StubHub, Inc. ("StubHub" or "Defendant"), captioned *Moghal et al. v. StubHub, Inc.*, No. 1:26-cv-05569 (S.D.N.Y.) (Dkt. No. 1);

WHEREAS, on July 5, 2026, certain Plaintiffs filed an Amended Complaint (Dkt. No. 5);

WHEREAS, on July 7, 2026, a related putative class action complaint was filed, captioned *Stasium v. StubHub, Inc.*, No. 1:26-cv-05744 (S.D.N.Y.);

WHEREAS, on July 10, 2026, the Court entered an order consolidating the foregoing actions and appointing interim co-lead class counsel (the "Consolidation Order") (Dkt. No. 9);

WHEREAS, the Consolidation Order provides that "[i]f Defendants intend to file a motion to dismiss, the Parties agree to stipulate to a briefing schedule on Defendants' motion to dismiss. Plaintiffs may either oppose Defendants' initial motion to dismiss or respond by amending the Consolidated Complaint" (*Id.*);

WHEREAS, on September 14, 2026, Plaintiffs filed a First Consolidated Amended Class Action Complaint (Dkt. No. 20);

WHEREAS, by order dated September 15, 2026, the Court extended, *nunc pro tunc*, Defendant's deadline to respond to the Consolidated Amended Class Action Complaint to October 5, 2026 (Dkt. No. 21);

WHEREAS, in accordance with Judge Broderick's Individual Rule 4.D, affidavits may not exceed ten double-spaced pages. Rule 4.D.

WHEREAS, Defendant intends to move to dismiss the Consolidated Amended Class Action Complaint, and the parties have met and conferred and agreed upon a schedule for briefing such motion, as well as upon a page limit for Defendant's affidavit in support of their opening brief in light of the size of the putative class, the number of claims asserted, and the length of the Consolidated Amended Class Action Complaint;

WHEREAS, no prior request for the relief sought herein has been made;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel for the parties, subject to the Court's approval, that:

1. Defendant shall file its motion to compel arbitration, or in the alternative, to dismiss the Consolidated Amended Class Action Complaint (the "Motion to Compel Arbitration or Dismiss") no later than October 14, 2026;

2. Plaintiffs shall file their opposition to Defendant's Motion to Compel Arbitration or Dismiss no later than November 13, 2026;

3. Defendant shall file its reply in further support of its Motion to Compel Arbitration or Dismiss no later than December 4, 2026;

4. Defendant shall be permitted to file an affidavit in support of its Motion to Compel Arbitration or Dismiss of up to 30 pages;

5. Nothing herein shall constitute a waiver or abrogation of, or in any other manner prejudice, any claims, rights, or defenses that may be asserted by any party; and

6. This stipulation may be signed in counterparts, and signature pages may be exchanged by electronic means.

Dated: September 16, 2026

*/s/ Blake Hunter Yagman*
Blake Hunter Yagman
YAGMAN PLLC
626 RexCorp Plaza, Suite 605
Uniondale, New York 11556
Tel. (929) 709-1493
Blake.yagmanpllc.com

Kevin Laukaitis
LAUKAITIS LAW LLC
954 Avenida Ponce De Leon
Suite 205, No. 10518
San Juan, Puerto Rico 00907
Tel. (215) 789-4462

*Counsel for Plaintiffs*

The Clerk of Court is respectfully requested to terminate ECF 22.

Dated: September 17, 2026
New York, NY

SO ORDERED

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE

Dated: September 16, 2026

By: */s/ Angela M. Liu*
Angela M. Liu
DECHERT LLP
Three Bryant Park,
1095 Avenue of the Americas
New York, NY

Tel. (212) 698-3678
Angela.liu@dechert.com

William Donovan, Jr. (*pro hac vice*)
DECHERT LLP
US Bank Tower, 633 West 5th Street,
Suite 4900
Los Angeles, CA 90071
Tel. (213) 808-5767
Bill.donovan@dechert.com

*Counsel for Defendant StubHub, Inc.*

~~SO ORDERED this ___ day of ___________, 2026.~~

______________________________
~~HON. ROBYN F. TARNOFSKY~~
~~UNITED STATES MAGISTRATE JUDGE~~